# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN **MH**
(INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR: Tyrone A. Jones    SS# xxx-xx-0832

ADDRESS: 4290 Timber Jump Cove, Memphis, TN 38141

PLAN PAYMENT: Debtor to pay $ 640.00   Weekly **Every Two Weeks** Semi-monthly Monthly

PAYROLL DEDUCTION: Smith & Nephew    OR ( ) DIRECT PAY

150 Minuteman Road    BECAUSE:

Andover, MA 01810-0000    FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

| | | | PAYMENT |
|---|---|---|---|
| CHILD SUPPORT: | Future Support through Plan to | Jasper County ( C.Parker) | IAO |
| | Child Support Arrearage to | Jasper County ( C.Parker) | IAO |
| CHILD SUPPORT: | Future Support through Plan to | Jasper County ( L. Harris) | IAO |
| | Child Support Arrearage to | Jasper County ( L. Harris) | IAO |
| CHILD SUPPORT: | Future Support through Plan to | Jasper County (L. Sullivan) | IAO |
| | Child Support Arrearage to | Jasper County (L. Sullivan) | IAO |

PRIORITY CREDITORS:

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| Carrington Mortgage | ongoing payment begins | October 2016 | | | $ 1,015.00 |
|---|---|---|---|---|---|
| | Approximate arrearage | $8,030.00 | Interest | 0.00% | $ 134.00 |

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| Southern Federal Credit Union (2006 Nissan Pathfinder) (not 910) | $ 3,987.00 | 5.50% | $ 80.00 |
| Navient (student loan) (deferred) | - | - | $ 0.00 |

**Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.** UNSECURED CREDITORS: Pay  to be determined  % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:                              ;
TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.