UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                          Chapter 13
TYRONE A JONES
Debtor(s)                                       Case No. 16-26723-K

_____

NOTICE OF HEARING

_____

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 having been
filed by George W. Stevenson  on September 07, 2016.

    NOTICE IS HEREBY GIVEN THAT:

    The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case
shall be held on 10/4/2016, at  9:00 am in the United States
Bankruptcy Court, Room 600, 200 Jefferson Avenue, Memphis,
Tennessee, 38103.

    Debtors should contact their attorney to see if their
attendance is necessary. This hearing may be continued or
adjourned from time to time by oral announcement (at the hearing)
of the continued or adjourned date and time, without further
written notice.

                                    /S/ George W. Stevenson
                                    CHAPTER 13 TRUSTEE

_____

MOTION TO DISMSS
CHAPTER 13 CASE FOR SUFFICIENT GROUNDS

_____
    Comes now your Standing 13 Trustee who would show unto the
Court  that pursuant to 11 U.S.C. 1307 he or she reasonably
believes there are sufficient grounds to dismiss this case.


    PREMISES CONSIDERED, your Trustee prays:
1. That the matter be set for hearing.
2. That the case be dismissed.
3. That the Trustee be granted such other and further relief to
   which he or she may be entitled.

                                    /S/ George W. Stevenson
                                    CHAPTER 13 TRUSTEE


CC: CHAPTER 13 TRUSTEE

    TYRONE A JONES
    4290 TIMBER JUMP COVE
    MEMPHIS,  TN 38141

    JIMMY MCELROY, ATTY.